BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAURA MARGERY CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10 00395 PJH [LB] |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER MODIFYING RELEASE |
| vs. ) | CONDITIONS |
| ) | |
| LAURA MARGERY CATON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Laura Margery Caton was released on bond in this matter. She resides in Oakland, California, and is being supervised by Pretrial Services. She has no prior criminal history and she is fully compliant with her release conditions.

     Ms. Caton wishes to travel to Pismo Beach in the Central District this weekend. She already has provided her itinerary to Pretrial Services, and all parties are in agreement that the Court should permit her to leave the Northern District for purposes of this trip.

     IT IS THEREFORE STIPULATED AND AGREED that Ms. Caton may leave the Northern District and travel to the Central District, departing May 21, 2010 and returning May 23, 2010. Ms. Caton shall confirm her travel with her Pretrial Services Officer, and shall

STIP/ORD                                                       1

continue to abide by existing conditions of her release, and such other conditions as Pretrial Services may deem appropriate.

Dated: May 18, 2010 \_\_\_\_/S/_____
KESLIE STEWART
Assistant United States Attorney

Dated: May 18, 2010 \_\_\_\_/S/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: May 18, 2010 \_\_\_\_/S/_____
PAUL MAMARIL
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that the Laura Margery Caton's travel restrictions be modified to permit her travel to Central District on the dates specified in the foregoing stipulation. Ms. Caton will confirm her travel with her Pretrial Services Officer, and shall continue to abide by existing conditions of her release, and such other conditions as Pretrial Services may deem appropriate.

Dated: May 19, 2010 _____
LAUREL BEELER
United States Magistrate Judge

STIP/ORD 2