1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LAURA MARGERY CATON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-10 00395 PJH [LB]
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING HEARING DATE
13 vs.                              )
                                    )
14 LAURA MARGERY CATON,             )
                                    )
15              Defendant.          )
   _____)
16

17

18
       This matter presently is set for May 28, 2010, for further hearing regarding the posting of
19
   property owned by Laura Margery Caton's mother as security for the release and appearance
20
   bond. Defense counsel has become aware of information that constitutes a conflict of interest,
21
   requiring that the Federal Public Defender withdraw from this case. Defense counsel has
22
   notified the prosecutor and the panel administrator of the conflict.
23
       The prosecutor has indicated that additional defendants are being summonsed before the
24
   Court on June 3, 2010. To avoid multiple appearances in the case, IT IS STIPULATED AND
25
   AGREED that this matter be continued to June 3, 2010, at 9:30 a.m.
26


   STIP/ORD                              1

1
2
3  Dated: May 21, 2010                                    _____/S/_____
                                                          KESLIE STEWART
4                                                         Assistant United States Attorney

5
6  Dated: May 21, 2010                                    _____/S/_____
                                                          JEROME E. MATTHEWS
7                                                         Assistant Federal Public Defender

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within
   this e-filed document.                         /S/ JEROME E. MATTHEWS

9

10         Good cause appearing therefor, IT IS ORDERED that this matter be continued to June 3,

11  2010, at 9:30 a.m., for further status on property posting and identification of counsel, and that

12  time under the Speedy Trial Act be excluded for continuity of defense counsel.  18 U.S.C. §

13  3161(h)(7)(A) and (B)(iv).

14

15  Dated: May 24, 2010                                   _____
                                                          LAUREL BEELER
16                                                        United States Magistrate Judge

17
18
19
20
21
22
23
24
25
26

STIP/ORD                              2