SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-10-00395 PJH |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL** |
| vs. | |
| LAURA CATON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to Orange, California, leaving this District on or after August 12, 2010 and returning no later than August 17, 2010.

United States Pretrial Service Officer Betty Kim (substituting for Paul Mamaril, on vacation) has advised Ms. Caton's counsel that she does not oppose Ms. Caton's travel as proposed by this stipulation, assuming her continued compliance with the pretrial conditions of release.

It is further agreed and ordered that prior to her travel, Ms. Caton provide Pretrial Services Officers Betty Kim and Paul Mamaril with information regarding her travel arrangements, including her itinerary and contact information where she may be reached in

Orange. In addition, Ms. Caton is to communicate with the supervising Pretrial Services Officer during and immediately after her travel, as directed by Pretrial Services.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated: /s/
KESLIE STEWART
Assistant United States Attorney

Dated: /s/
SUSAN RAFFANTI
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated: 8/9/2010

The Honorable Magistrate Judge
DONNA M. RYU