SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br>LAURA CATON,<br><br>Defendant. | No. CR-10-00395 PJH<br><br>**STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to the Eastern District of California, leaving this District on October 19, 2010 and returning the same day; and leaving on October 25, 2010 and returning the same day; in order to transport her grandchildren.

United States Pretrial Service Officer for Paul Mamaril does not oppose Ms. Caton's travel as proposed by this stipulation, assuming her continued compliance with the pretrial conditions of release.

It is further agreed and ordered that prior to her travel, Ms. Caton provide Pretrial Services Officer Paul Mamaril with information regarding her arrangements to leave this District. In addition, Ms. Caton is to communicate with the supervising Pretrial Services Officer during and immediately after her travel, as directed by Pretrial Services.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated:

/s/
KESLIE STEWART
Assistant United States Attorney

Dated:

/s/
SUSAN RAFFANTI
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated: 10/15/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Donna M. Ryu

The Honorable Magistrate Judge
DONNA RYU