SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAURA CATON,<br><br>        Defendant. | No. CR-10-00395 PJH<br><br>**STIPULATION AND ORDER VACATING STATUS CONFERENCE DATE AND SETTING MATTER FOR CHANGE OF PLEA** |

This matter is currently set for a status conference before Magistrate Donna Ryu on December 2, 2010 at 9:30.  The parties believe they are close to a mutually acceptable plea agreement in this case and therefore stipulate that the status conference date be vacated and the matter be set for change of plea hearing before Judge Phyllis Hamilton on December 15, 2010 at 2:30 p.m.

SO STIPULATED.

Dated: November 30, 2010

/s/
KESLIE STEWART
Assistant United States Attorney

Dated:  November 30, 2010

/s/
SUSAN RAFFANTI
Attorney for Defendant
LAURA CATON

ORDER

Based on the stipulation of the parties and good cause appearing, the December 2, 2010 status conference is hereby vacated and the matter is set for change of plea hearing before Judge Phyllis Hamilton on December 15, 2010 at 2:30 p.m.

SO ORDERED.

Dated:  12/1/2010



_____
U. S. District Court Magistrate Judge
DONNA M. RYU