LYNN M. KESLAR
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 868-0644 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

**FILED**

APR 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CR-10-00395 PJH |
| Plaintiff, | ) **STIPULATION FOR ORDER AND** |
| vs. | ) [PROPOSED] **ORDER ALLOWING** |
| LAURA CATON, | ) **DEFENDANT TO TRAVEL TO TRACY, CA** |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to Tracy, California for Easter, leaving this District on April 24, 2011, and returning the same day.

United States Pretrial Service Officer for Paul Mamaril does not oppose Ms. Caton's travel as proposed by this stipulation, assuming her continued compliance with the pretrial conditions of release.

It is further agreed and ordered that prior to her travel, Ms. Caton provide Pretrial Services Officer Paul Mamaril with information regarding her arrangements to leave this District, including her flight and hotel information and itinerary. In addition, Ms. Caton is to communicate with the supervising Pretrial Services Officer during and immediately after her travel, as directed by Pretrial Services.

US v Caton CR 10-00395 Stipulation and Order Re Travel - 1

cc: Copy to parties via ECF, Prtl. Svcs.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated:   April 19, 2011

/s/
KESLIE STEWART
Assistant United States Attorney

Dated:   April 19, 2011

/s/
LYNN M. KESLAR
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated: 4/26/11

The Honorable Magistrate Judge
DONNA RYU