LYNN M. KESLAR
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 868-0644 tel.
(510) 225-3945 fax
lmk@lynnkeslar.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>LAURA CATON,<br><br>        Defendant. | ) No. CR-10-00395 PJH<br>)<br>)<br>) **STIPULATION FOR ORDER AND**<br>) **ORDER ALLOWING DEFENDANT TO**<br>) **TRAVEL TO REDDING, CA**<br>)<br>)<br>)<br>) |

    GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to Redding, California, for a visit with her family, from June 30th thru July 4th; and travel to Suisun City on July 4th, returning to this District the same day.

    United States Pretrial Service Officer for Paul Mamaril does not oppose Ms. Caton's travel as proposed by this stipulation, assuming her continued compliance with the pretrial conditions of release.

    It is further agreed and ordered that prior to her travel, Ms. Caton shall provide Pretrial Services Officer Paul Mamaril with information regarding her arrangements to leave this District, including her contact information and itinerary.  In addition, Ms. Caton is to communicate with the .Pretrial Services Office during and immediately after her travel, as directed by Pretrial Services.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated:   June 24, 2011

/s/
KESLIE STEWART
Assistant United States Attorney

Dated:  June 24, 2011

/s/
LYNN M. KESLAR
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated:  6/29/11

_____
The Honorable Magistrate Judge
DONNA RYU