LYNN M. KESLAR
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 868-0644 tel.
(510) 225-3945 fax
lmk@lynnkeslar.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,                ) | No. CR-10-00395 PJH |
|     Plaintiff,                ) | |
|                ) | **STIPULATION FOR ORDER AND** |
|     vs.                ) | **ORDER MODIFYING CONDITIONS OF** |
| LAURA CATON,                ) | **PRETRIAL RELEASE** |
|     Defendant.                ) | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON's conditions of pretrial release may be permanently modified to permit her to travel to the Eastern District of California. The modification is appropriate because Ms. Caton's educational and familial duties require travel to the Eastern District on a regular basis.

United States Pretrial Service Officer for Paul Mamaril does not oppose this modification, assuming Ms. Caton's continued compliance with the other pretrial conditions of release.

It is further agreed and ordered that Ms. Caton shall provide Pretrial Services Officer Paul Mamaril with information regarding her arrangements to leave this District, including her contact information and itinerary, as directed by Pretrial Services.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated:   August 10, 2011

/s/

KESLIE STEWART
Assistant United States Attorney

Dated: August 10, 2011

/s/

LYNN M. KESLAR
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated:  August 17, 2011

_____

DONNA M. RYU
United States Magistrate Judge