SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>LAURA CATON,<br><br>  Defendant. | No. CR-10-00395 PJH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REMOVING SECURITY FROM<br>BOND AND RECONVEYING PROPERTY** |

On May 14, 2010 Defendant LAURA CATON appeared before the court and was ordered released on conditions which included the posting of a house owned by her and her mother, Margery Kraft, as collateral for the $250,000 bond.  Since that time, Ms. Caton has complied with all conditions of release with no problems or issues, and she has maintained steady employment as well as taking vocational classes.  On December 15, 2010, she entered her plea of guilty to the charges against her, conspiracy to commit mortgage fraud, pursuant to a written plea agreement.  There is no date set for her sentencing at this time.

Ms. Caton requests that the house be removed as collateral for the bond and that she be continued on pretrial release on an unsecured $250,000 appearance bond signed by her and her mother, Margery Kraft, with all other conditions unchanged.   Defense counsel has spoken to

Ms. Caton's supervising Pretrial Services Officer, Richelle Bracamonte, who stated that she has no objection to the modification.

SO STIPULATED.

Dated: February 2, 2012                                                /s/
                                                             KESLIE STEWART
                                                             Assistant United States Attorney

Dated:  February 2, 2012                                               /s/
                                                             SUSAN RAFFANTI
                                                             Attorney for Defendant
                                                             LAURA CATON

## [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing, the secured $250,000 appearance bond issued for Laura Caton on May 14, 2010 is hereby converted to an unsecured $250,000 appearance bond, with all other conditions of pretrial release set by the court to remain in effect.  The clerk of the court is ordered to reconvey the Oakland property which was posted as security for the bond.

SO ORDERED.

Dated: February 7, 2012                                  _____
                                                       LAUREL BEELER
                                                       U. S. MAGISTRATE JUDGE