SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-10-00395 PJH |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| vs. | |
| LAURA CATON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to Southern California, leaving this District on April 17, 2012 and returning on April 20. 2012.

United States Pretrial Service Officer Richelle Bracamonte does not oppose Ms. Caton's travel as proposed by this stipulation; Ms. Caton has already provided her itinerary and contact information to Ms. Bracamonte. In addition, Ms. Caton is to communicate with the supervising Pretrial Services Officer during and immediately after her travel, as directed by Pretrial Services.

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated:  April 9, 2012

/s/
KESLIE STEWART
Assistant United States Attorney


Dated:  April 9, 2012

/s/
SUSAN RAFFANTI
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated:   4/10/12

_____
The Honorable Magistrate Judge
DONNA RYU

US v Caton CR 10-00395 Stipulation and Order Re Travel - 2